UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00181-FDW-DSC

| TERRY A. SCHAAF, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| CAROLYN W. COLVIN, Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Denial of Plaintiff's Motion to Proceed <u>in forma pauperis</u> (Doc. No. 3), and Plaintiff's failure to submit the $400 filing fee to the Clerk within twenty days from that Denial. Over thirty (30) days have passed since the Court denied Plaintiff's Motion, and Plaintiff's Counsel communicated to the Court that Plaintiff has not responded to Counsel's requests, and therefore, does not intend to pay the filing fee. Plaintiff was forewarned that failure to comply with the Court's Order would result in an immediate dismissal of all claims. Accordingly, Plaintiff's Complaint (Doc. No. 1) is DISMISSED without prejudice and the Clerk is respectfully directed to CLOSE THE CASE.

SO ORDERED.

Signed: June 5, 2014

Frank D. Whitney
Chief United States District Judge